■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE MONTES, Appellant. [974 NYS2d 883]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Laura Safer-Espinosa, J.), rendered on or about May 3, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Sweeny, Acosta and Manzanet-Daniels, JJ.